```
           UNITED STATES DISTRICT COURT            FILED
           EASTERN DISTRICT OF MISSOURI
                 EASTERN DIVISION                DEC 11 2001

                                                U.S. DISTRICT COURT
                                                E. DIST. OF MO.
UNITED STATES OF AMERICA,   )                      ST. LOUIS
                            )
          Plaintiff,        )
                            )
     v.                     )
                            )   No. 4:01CR496 DJS
                            )              (FRB)
TRACY BALLEW-FLOOD,         )
                            )
          Defendant.        )
```

### ORDER CONCERNING PRETRIAL MOTIONS

**IT IS HEREBY ORDERED** that **forthwith** the government shall give notice to the defendant of its intention to use specific evidence at trial pursuant to Rule 12(d)(2), Federal Rules of Criminal Procedure.

**IT IS FURTHER ORDERED** that **forthwith** each party may propound to the opposing party, and may file with the court, any request for pretrial disclosure of evidence or information. Not later than **December 14, 2001,** the parties shall respond to any such requests for pretrial disclosure of evidence or information and may file with the court a copy of any such response. To avoid a proliferation of documents, to the extent practicable, all such requests for disclosure and the responses thereto shall be contained in one request document or in one response document, with each separate item of information or evidence discussed being a subpart of said document.

**IT IS FURTHER ORDERED** that not later than **December 21, 2001,** the parties may file any relevant pretrial motion(s) and the



parties shall respond to any such motions not later than **January 4, 2002.**  Copies of any such motions or responses shall be delivered to the chambers of the undersigned at 111 South 10th Street, 15th Floor North, St. Louis, Missouri  63102.

      **IT IS FURTHER ORDERED** that any pretrial motion seeking a court order for the production of evidence or information from the opposing party, and each motion to suppress evidence, shall contain a statement of counsel that movant's counsel has personally conferred with counsel for the opposing party about the issue(s) raised in the motion(s), that there is a good faith belief that the information or evidence exists about which discovery is sought or which the defendant seeks to have suppressed, and (for motions for disclosure) that the disclosure of said information or evidence has been refused by the opposing party.  Any such motion not having such attestation will not be considered or ruled by the Court.

      **IT IS FURTHER ORDERED** that any motion to suppress shall set forth, with particularity, the item(s) of evidence to which the motion is addressed, and shall set forth specific factual details to support any claim that such evidence was unlawfully obtained. **Any motion to suppress not containing such specific information or any motion cast in conclusory or conjectural terms will not be heard or considered by the Court.**  Each motion to suppress must be accompanied by a memorandum of law setting forth the specific legal ground upon which it is contended that any such item of evidence was unlawfully obtained, with citations to authority.

**IT IS FURTHER ORDERED** that if the defendant chooses not to file any pretrial motions, counsel for the defendant shall file with the Court, not later than **December 21, 2001,** a memorandum attesting that there are no issues that the defendant wishes to raise by way of pretrial motion; that counsel has personally discussed this matter with the defendant; and that the defendant agrees and concurs in the decision not to raise any issues by way of pretrial motions.

**IT IS FURTHER ORDERED** that a pretrial hearing and evidentiary hearing on any pretrial motions is set for **Thursday, January 10, 2002, at 9:00 a.m.,** before the undersigned United States Magistrate Judge.  **The defendant is required to be present at the hearing.**

No extension of time of any deadline set in this order will be granted except upon written motion, made before the expiration of the deadline, and upon good cause shown.  Failure to timely file motions or requests, or to request an extension of time to do so, will be considered as a waiver of the right of a party to make such motions or requests, as set out in Rule 12(f), Federal Rules of Criminal Procedure.

*Frederick R Buckles*
UNITED STATES MAGISTRATE JUDGE

Dated this 11th day of December, 2001.

INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 12/11/01 by gbeckeme
         4:01cr496    USA vs Ballew-Flood

COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:    4 Certified Copies to USM
               2 Certified Copies to USP
               1 Copy to Financial
               1 Copy to O.S.U.

Michael Fagan -                   Fax: 314-539-7695
 Fed Public Defender -          Fax: 314-421-3177