UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>        Plaintiff,   )<br>  )<br>v.       )<br>  )<br>TRACY BALLEW-FLOOD,     )<br>  )<br>        Defendant.   ) | No.  4:01CR496SDP<br><br>**FILED**<br>JAN 3 2002<br>U. S. DISTRICT COURT<br>EASTERN DISTRICT OF MO<br>ST. LOUIS |

### ORDER

In light of the defendant's guilty plea entered herein this day,

**IT IS HEREBY ORDERED** that all pending motions as to defendant Tracy Ballew-Flood, are denied as moot.

_____
UNITED STATES DISTRICT JUDGE

Dated: 1/3/02



UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 01/03/02 by lkresko
    4:01cr496  USA vs Ballew-Flood

COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:  4 Certified Copies to USM
       2 Certified Copies to USP
       1 Copy to Financial
       1 Copy to O.S.U.

Michael Fagan -      Fax: 314-539-7695
Brian Witherspoon -     Fax: 314-421-3177

SCANNED & FAXED BY:

JAN X 3 2002

**MJM**