UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 4:01CR496-DJS |
| TRACY BALLEW-FLOOD, ) | |
| Defendant. ) | |

FILED
MAR 1 2 2002
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

<u>ORDER</u>

**IT IS HEREBY ORDERED** that the defendant's motion to continue sentencing in this case is hereby granted.

**IT IS FURTHER ORDERED** that the sentencing hearing scheduled for Friday, March 22, 2002, is rescheduled for **Friday, March 29, 2002, at 10:00 a.m.,** before the Honorable Donald J. Stohr.

_____
UNITED STATES DISTRICT JUDGE

Dated: 3/12/02

UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 03/13/02 by lkresko
        4:01cr496    USA vs Ballew-Flood

COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:    4 Certified Copies to USM
              2 Certified Copies to USP
              1 Copy to Financial
              1 Copy to O.S.U.

Michael Fagan -              Fax: 314-539-7695
Brian Witherspoon -          Fax: 314-421-3177

SCANNED & FAXED BY:

MAR 1 3 2002

DJO