| PROB 22<br>(Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>4:01CR00496 DJS |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)*<br>CR 04-00156 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Tracy Ballew-Flood<br>5340 Fresno Avenue<br>Atascadero, California | DISTRICT<br><br>EASTERN DISTRICT OF MISSOURI | DIVISION<br><br>U.S. Probation Office |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>Honorable Donald J. Stohr | |
| | DATES OF PROBATION: | FROM<br>March 29, 2002 | TO<br>March 28, 2005 |

FILED
CLERK, U.S. DISTRICT COURT
FEB 12 2004
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

**OFFENSE**

Counts one and two: False Statements to the United States

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Central District of California</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1-15-04
Date

[signature]
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/6/04
Effective Date

[signature]
United States District Judge



RECEIVED BY MAIL

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SHERRI R. CARTER
District Court Executive and
Clerk of Court

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(909) 328-4450

February 18, 2004

3.300 Thomas F. Eagleton United States
Courthouse
111 South Tenth Street
St. Louis, MO 63102

Re: Transfer of Jurisdiction of Probation

Your Case No. 4:01CR00496 DJS

Assigned Our Case No. CR 04-156-DDP

Case Title: USA vs. Tracy Ballew-Flood

Dear Sir/Madam:

Enclosed is the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge Marshall.

Please forward to this district court certified copies of the following documents:
1) Indictment, Information, or Complaint
2) Judgment and Probationary Order
3) If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

Sincerely,

Clerk, U.S. District Court

By Celia Anglon-Reed
Deputy Clerk

cc: Probation Office, Los Angeles
    Probation Office, District of Origin

CR-25 (12/01)    TRANSMITTAL LETTER - PROBATION TRANSFER-IN