# United States District Court
Eastern District of Missouri
111 South 10th Street
St. Louis, Missouri 63102

James G. Woodward                                                                                                  314-244-7900
   Clerk of Court

February 25, 2004

Ms. Sherri R. Carter
Clerk
United States District Court
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA  90012

In re:        USA v. Ballew-Flood
Case No.      4:01-cr-00496-DJS

Dear Ms. Carter,

On February 23, 2004, the order accepting transfer of jurisdiction for the above named defendant was received in this court.  Therefore, enclosed are certified copies of documents from the above styled case including:  Transfer of Jurisdiction Order, docket entries, indictment, and Judgment in a Criminal Case.

Please return the enclosed copy of this letter as acknowledgment of the receipt of above.

Thank you for your attention to this matter.

Sincerely,

JAMES G. WOODWARD, CLERK


By:    s/David L. Braun                              RECEIVED BY: _____
       David L. Braun
       Deputy Clerk
                                                     DATE: _____

Enclosures
                                                     NEW CASE #: _____