**RECEIVED BY MAIL**
MAR - 8 2004
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# United States District Court
Eastern District of Missouri
111 South 10th Street
St. Louis, Missouri 63102

James G. Woodward
Clerk of Court

314-244-7900

February 25, 2004

Ms. Sherri R. Carter
Clerk
United States District Court
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

FILED
CLERK, U.S. DISTRICT COURT
MAR - 1 2004
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

In re:      USA v. Ballew-Flood
Case No.    4:01-cr-00496-DJS

Dear Ms. Carter,

On February 23, 2004, the order accepting transfer of jurisdiction for the above named defendant was received in this court. Therefore, enclosed are certified copies of documents from the above styled case including: Transfer of Jurisdiction Order, docket entries, indictment, and Judgment in a Criminal Case.

Please return the enclosed copy of this letter as acknowledgment of the receipt of above.

Thank you for your attention to this matter.

Sincerely,

JAMES G. WOODWARD, CLERK

By: *[signature]*
David L. Braun
Deputy Clerk

Enclosures

RECEIVED BY: LAS

DATE: 3/4/04

NEW CASE #: CR 04-156 DDP